United States District Court
Southern District of Texas
**ENTERED**
February 12, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| YOSMEL HECHAVARRIA CESIN, by Next Friend Alicia Diaz Correoso, Petitioner, | § § § § | |
| VS. | § § | CIVIL ACTION NO. 5:26-CV-00162 |
| WARDEN, La Salle Regional County Detention Center, *et al.*, Respondents. | § § § § | |

## ORDER

  Before the Court is Petitioner's Application to Proceed in District Court Without Prepaying Fees or Costs. (Dkt. No. 2). Petitioner also provided supplemental financial information. (Dkt. Nos. 11, 12). The application is related to his petition for a writ of habeas corpus challenging his immigration detention in federal custody. (Dkt. No. 1).

  Under Title 28 U.S.C. § 1915(a), "any court of the United States may authorize the commencement . . . of any suit, action or proceeding . . . without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets" the person possesses, showing "that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a). The filing fee for a petition for a writ of habeas corpus is five dollars. § 1914(a). A district court has discretion in deciding whether to grant or deny a request to proceed *in forma pauperis*. *See Williams v. Estelle*, 681 F.2d 946, 947 (5th Cir. 1982) (per curiam). The district court must inquire as to whether the filing costs would cause undue financial hardship. *Prows v. Kastner*, 842 F.2d 138, 140 (5th Cir. 1988).

  Petitioner, through his next friend, states that he earned six hundred dollars weekly prior to being detained. (Dkt. No. 11 at 3). He received no income from additional sources in the past twelve months. (*Id.*). Petitioner has zero dollars in cash or in a checking or savings account. (*Id.*). He owns a car worth approximately $2,500. (*Id.*). He pays rent, but he lists no other monthly expenses. (*Id.* at 4).

  Though the filing fee for petitions for writs of habeas corpus is only five dollars, the Court finds that Plaintiff would suffer undue financial hardship if he was required to

2 / 2

prepay the filing fee because he has insufficient funds to pay the filing fee at this time.

Accordingly, Petitioner's Application to Proceed in District Court Without Prepaying Fees or Costs, (Dkt. No. 2), is **GRANTED**. Petitioner is authorized to commence this action without prepayment of fees.

The Clerk of Court is **DIRECTED** to mail a copy of this Order, by regular mail and any receipted means, to the following parties at these listed addresses:

- Yosmel Hechavarria Cesin, La Salle County Regional Detention Center, 832 E Texas State Highway 44, Encinal, TX 78019;
- Alicia Diaz Correoso, 12201 Dessau Rd., Apt. 9205, Austin, TX 78754.

It is so **ORDERED**.

**SIGNED** on February 12, 2026.

John A. Kazen
United States District Judge