United States District Court
Southern District of Texas
**ENTERED**
February 13, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| YOSMEL HECHAVARRIA CESIN, by Next Friend Alicia Diaz Correoso, Petitioner, | § § § § | |
| V. | § | CIVIL ACTION NO. 5:26-CV-00162 |
| WARDEN, La Salle Regional County Detention Center, *et al.*, Respondents. | § § § § | |

## ORDER

Before the Court is Petitioner's pro se Petition for Writ of Habeas Corpus, (Dkt. No. 1), filed as next friend by Alicia Diaz Correoso. The Court permitted Petitioner or his next friend to file additional information so that the Court could evaluate Petitioner's use of the next friend device, his application to proceed *in forma pauperis*, and his eligibility for appointment of counsel. (Dkt. No. 8). Alicia Diaz filed the additional information. (Dkt. Nos. 11, 12). As explained below, the Court **ACCEPTS** Petitioner's petition filed as next friend, (Dkt. No. 1). The Court **ORDERS** Petitioner or his next friend to file responses to the questions below **by February 26, 2026.**

First, for the reasons stated in Petitioner's additional information and petition, the Court accepts the petition filed as next friend and has jurisdiction to entertain the petition. *See Weber v. Garza*, 570 F.2d 511, 513–14 (5th Cir. 1978). "[T]he authority of one person to apply for a writ of habeas corpus for the release of another will be recognized only when the application for the writ establishes some reason or explanation, satisfactory to the court, showing: (1) why the detained person did not sign and verify the petition and (2) the relationship and interest of the would be "next-friend." *Id.* The Court finds that Petitioner sufficiently established an explanation for why he did not file or sign the Petition because he faced access issues while he has been detained. *See id.* at 514 n.4. Additionally, the Court finds that Petitioner and Alicia Diaz Corresoso have a sufficiently close relationship as she is a family friend that has known him since he was a child.

Because the Court finds that the evidence presented by Petitioner is sufficient, the next friend device does not deprive the Court of jurisdiction. *Id.* at 514.

Next, so that the Court can evaluate whether it should dismiss this petition before Respondents are ordered to file a response under Rule 4 of the Rules Governing Section 2254 Cases, Petitioner or his next friend is **ORDERED** to file written responses to the questions below **by February 26, 2026**.

## QUESTIONS

1. Entry to the United States
    a. When did Petitioner enter the United States?
    b. How did Petitioner enter the United States?
    c. Did Petitioner enter through a Port of Entry?
    d. Did Petitioner enter without inspection by immigration officials?
    e. Did Petitioner enter using an immigration visa? If so, which visa?
    f. Did Petitioner have permission to enter the United States?
2. Detention in the United States
    a. How many times has Petitioner been detained by immigration officials? List the dates and places that he has been detained.
    b. Has Petitioner ever been released from immigration custody from a prior detention?
    c. Did Petitioner ever receive any orders for release on recognizance, supervision, or parole from an immigration official?
    d. Has Petitioner been given any documents or information about why he is detained now?
    e. Does Petitioner know why he is detained now?
3. Bond Hearing or Custody Redetermination
    a. Has Petitioner filed a motion for a custody redetermination in immigration court? If so, what was the date and the outcome?
    b. Has Petitioner ever had a bond hearing in immigration court? If so, what was the date and the outcome?

   c. Has an Immigration Judge ruled on a motion for custody determination? If so, what was the date and the outcome?
   d. Does Petitioner have an immigration attorney representing him in his immigration proceedings? If yes, who is his attorney?
4. Documents from Immigration Agencies
   a. Please attach copies of any documents relevant to your immigration status, detention, and proceedings that may or may not have been discussed in the questions above. **Do not attach documents or communications sent to you by an immigration attorney if Petitioner is represented.** Your response will be filed under seal because it will likely contain private information. Note that the Respondents in this action, including the Warden of the La Salle County Regional Detention Center, U.S. Immigration and Customs Enforcement (ICE), and the Department of Homeland Security (DHS), may be able to see anything that you file in this case.

## INSTRUCTIONS TO PETITIONER AND NEXT FRIEND

1. Your response is due by **February 26, 2026**.
2. Label your response "Petitioner's Supplement to the Petition" and include the correct Civil Action Number as shown above in the style of this case.
3. Answer the questions above to the best of your ability based on personal knowledge and the information available to you. Legal research is not required.
4. Type or write your responses to the questions above in numbered paragraphs corresponding to the question being answered.
5. If you do not know the answer to a question, you may respond with, "I don't know."
6. You must also sign the response and include somewhere in your response the following affirmation: "I swear under penalty of perjury that these answers are true and correct to the best of my knowledge."

If the Court does not receive a written response by **February 26, 2026,** or a request for an extension, the Court **may dismiss** the petition because it does not have enough information to proceed.

The completed response **must be e-mailed** to the Court at the following email address: **Jessica_Rodriguez@txs.uscourts.gov and sent via mail** to the following address:

Clerk of Court

1300 Victoria Street, Suite 1131

Laredo, TX 78040

The Clerk of Court is **DIRECTED** to mail a copy of this Order, by regular mail and any receipted means, to the following parties at these listed addresses:

- Yosmel Hechavarria Cesin, La Salle County Regional Detention Center, 832 E Texas State Highway 44, Encinal, TX 78019;
- Alicia Diaz Correoso, 12201 Dessau Rd., Apt. 9205, Austin, TX 78754.

It is so **ORDERED**.

**SIGNED** on February 13, 2026.

_____
John A. Kazen
United States District Judge