Case 5:26-cv-00162   Document 17   Filed 02/17/26 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
February 17, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| YOSMEL HECHAVARRIA CESIN, by Next Friend Alicia Diaz Correoso, Petitioner, | § § § § | |
| V. | § § | CIVIL ACTION NO. 5:26-CV-00162 |
| FIELD OFFICE DIRECTOR FOR DETENTION AND REMOVAL OPERATIONS, *et al.*, Respondents. | § § § § § | |

## ORDER

Before the Court is Petitioner's pro se Petition for Writ of Habeas Corpus, (Dkt. No. 1). Petitioner challenges the constitutionality of his detention in federal immigration custody. Petitioner names Field Office Director for Detention and Removal Operations; U.S. Immigration and Customs Enforcement; the Department of Homeland Security; and the Warden of La Salle County Regional Detention Center, as Respondents. Petitioner also filed a supplement to the petition. (Dkt. No. 2).

Based upon a review of the Petition and the supplement, the Court **ORDERS** Respondents to file a response to the petition and serve their response on Petitioner **no later than February 25, 2026**. 28 U.S.C. § 2243. Should Petitioner wish to file a reply, they must do so **no later than March 4, 2026**.[1]

The Clerk of Court is **DIRECTED** to serve the Petition, (Dkt. No. 1), and supplement to the Petition, (Dkt. No. 15), on Federal Respondents, by and through the United States Attorney for the Southern District of Texas, and the Warden of the La Salle County Regional Detention Center, via certified mail pursuant to Rule 4 of the Federal Rules of Civil Procedure and include a copy of this Order with that service.

- The United States Attorney for the Southern District of Texas may be served at 1000 Louisiana St., Suite 2300, Houston, TX 77002.
- Respondent Warden or his designee may be served at La Salle County

---

[1] Any deadlines set forth in a civil summons issued by the Clerk of Court are superseded by the deadlines set forth in this Order.

Detention Center, 832 East Texas Highway 44, Encinal, TX 78019.

The Court further **DIRECTS** the Clerk of Court to send the Petition, (Dkt. No. 1), the supplement, (Dkt. No. 15), and this Order to the United States Attorney for the Southern District of Texas by electronic mail to USATXS.CivilNotice@usa.doj.gov to provide notice of this action. Respondents will not be served further notice of activity on this docket automatically. Instead, they must arrange to monitor the docket themselves, either by automatic electronic service or otherwise.

The Clerk of Court is further **DIRECTED** to mail a copy of this Order, by regular mail and any receipted means, to the following parties at these listed addresses:

- Yosmel Hechavarria Cesin, La Salle County Regional Detention Center, 832 E Texas State Highway 44, Encinal, TX 78019;
- Alicia Diaz Correoso, 12201 Dessau Rd., Apt. 9205, Austin, TX 78754.

Additionally, Respondents are **ORDERED** to notify Petitioner and the Court of any anticipated or planned transfer or removal of Petitioner outside of the Southern District of Texas **at least five (5) days** before any such transfer.

It is so **ORDERED**.

**SIGNED** on February 17, 2026.

_____
John A. Kazen
United States District Judge