United States District Court
Southern District of Texas

**ENTERED**

April 08, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| YOSMEL HECHAVARRIA CESIN, by | § | |
| Next Friend Alicia Diaz Correoso, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 5:26-CV-00162 |
| | § | |
| FIELD OFFICE DIRECTOR FOR | § | |
| DETENTION AND REMOVAL | § | |
| OPERATIONS, *et al.*, | § | |
| Respondents. | § | |

## ORDER

Before the Court is Petitioner's pro se Petition for Writ of Habeas Corpus, (Dkt. No. 1), and Respondents' Motion for Summary Judgment, (Dkt. No. 21).

The Court is aware of a recently certified class in the District of Massachusetts. *Doe v. U.S. Dep't of Homeland Sec.*, No. 25-CV-12245, 2026 WL 880442 (D. Mass. Mar. 31, 2026). The certified class includes:

> All individuals who (i) scheduled their appointments for entry to the United States using the CBP One app; (ii) were paroled into the United States between May 16, 2023 and January 19, 2025; (iii) had their parole terminated in April 2025 <u>pursuant to an email substantially similar to the one reproduced at paragraph 38 of the Complaint without any further explanation</u>; and (iv) remain in the United States.

*Id.* at *4. The court there concluded that "When Defendants terminated the impacted noncitizens' parole without observing the process mandated by statute and by their own regulations, they took action that was 'not in accordance with law.' . . . Accordingly, the Court must 'hold [the terminations] unlawful and set [them] aside.'" *Id.* (citing 5 U.S.C. § 706(2)).

Additionally, the Court understands that Petitioner was transferred to a different detention facility outside of this judicial district. The Court had previously ordered Respondents to "notify Petitioner and the Court of any anticipated or planned transfer or removal of Petitioner outside of the Southern District of Texas at least five (5) days before any such transfer." (Dkt. No. 17 at 2).

Accordingly, the Court **ORDERS** Respondents to file supplemental briefing **by April 14, 2026,** that (1) states a position on whether Petitioner is a member of the *Doe* class action and the effect, if any, of his membership on this action, and (2) state when Petitioner was transferred and, if he was transferred in violation of the Court's February 17 Order, explain why.

The Clerk of Court is **DIRECTED** to mail a copy of this Order, by regular mail and any receipted means, to the following parties at these listed addresses:

- Yosmel Hechavarria Cesin, Karnes County Immigration Processing Center, 409 FM 1144, Karnes City, TX 78118; and
- Alicia Diaz Correoso, 12201 Dessau Rd., Apt. 9205, Austin, TX 78754.

It is so **ORDERED**.

**SIGNED** on April 8, 2026.

John A. Kazen
United States District Judge

2 / 2